# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| James Aaron Bracey, II | ) | Case No. 14-23460 |
| | ) | |
| Debtor(s) | ) | CHAPTER 13 |
| | ) | |
| | ) | Judge Pamela S. Hollis |

## NOTICE OF MOTION

TO:

Marilyn O Marshall, Trustee (via electronic notice)

United States Trustee (via electronic notice)

James Bracey, 801 N. Rainbow Drive, Glenwood, IL 60425-0000

OneWest Bank, National Association, f/k/a IndyMac Bank, F.S.B., P.O. Box 7056, Pasadena, CA 91109-9699

OneWest Bank, National Association, ATTN: Joseph Otting, President & CEO, 888 E. Walnut Street, Pasadena, CA 91101 (VIA CERTIFIED MAIL)

Pierce & Associates, 1 N. Dearborn, Suite 1300, Chicago, IL 60602

PLEASE TAKE NOTICE that on November 5, 2014 at 10:30am or soon thereafter I shall be heard, I shall appear before the Honorable Judge Pamela S. Hollis at 219 S. Dearborn St., Courtroom 644, Chicago, IL, and request that the attached motion be granted, at which time you may appear if so desired.

/s/ _Sara Ledford  
LEDFORD & WU  
Attorneys at Law  
200 S. Michigan Ave., Suite 209  
Chicago, IL 60604  
(312)294-4400

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 200 S. Michigan Ave., Chicago, IL 60604, on October 27, 2014 before 6:00 p.m., except that the trustee, U.S. Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ _Sara Ledford

Sara Ledford

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| James Aaron Bracey, II | ) | Case No. 14-23460 |
| | ) | |
| Debtor(s) | ) | CHAPTER 13 |
| | ) | |
| | ) | Judge Pamela S. Hollis |

## MOTION TO DETERMINE VALUATION OF COLLATERAL

The debtor(s), by and through counsel, and in support of their Motion to Determine Valuations of Collateral pursuant to 11 U.S.C. § 506(a) & 11 U.S.C. § 1322(b)(2) and Rule 3012 Fed.R.Bank.Pro., states to the court as follows:

1.  The court has jurisdiction over this matter under 28 U.S.C. §§ 1334 and 157.

2.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3.  The debtor filed a petition for relief and a plan under Chapter 13 of the Bankruptcy Code on June 24, 2014.

4.  The debtor currently is the owner and is residing at 801 N. Rainbow Dr., Glenwood IL 60425 (hereinafter called "the real estate"), PIN number 32-04-102-045-0000 in Cook County, Illinois.

5.  The fair market value of the real estate at the time of filing of the instant case was $100,747.00. See Comparative Market Analysis attached hereto as Exhibit A.

6.  A first mortgage lien is held by Ocwen Loan Servicing loan number 7190786801, in the amount of $184,970.00. See Schedule D attached hereto as Exhibit B.

7.  The defendant, OneWest Bank, National Association (f/k/a IndyMac Bank F.S.B.) holds a junior mortgage currently reported with a balance of $34,000.00. See Schedule D attached hereto as Exhibit B.

8.  Pursuant to 11 U.S.C. § 506(a), defendant's junior mortgage would be an allowed secured claim to the extent of the value of the estate's interest in the property securing the claim and the defendant's lien is void to the extent it is not an allowed secured claim.

9.  Pursuant to 11 U.S.C. § 1322(b)(2), the debtors Chapter 13 plan may modify the rights of holders of secured or unsecured claims.

10. The amount owed on the first mortgage, $184,970.00, exceeds the value of the underlying property, $100,747.00.

WHEREFORE, the debtor(s) requests that the court enter an order:

1.  valuing the debtor(s) real estate at $100,747.00,

2.  find that the junior lien of OneWest Bank, National Association, f/k/a IndyMac Bank F.S.B., with an approximate balance of $34,000.00 is completely unsecured, and

3.  for such further relief as this Court deems just and proper.

Respectfully submitted,

/s/   Sara Ledford
Sara Ledford
Ledford & Wu
Attorneys for the Debtor
200 S. Michigan Ave., Suite 209
Chicago, IL 60604
(312)294-4400
Fax: (312)294-4410