UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 14-23460 |
|---|---|---|
| James Aaron Bracey, II | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER VALUING CLAIM OF ONE WEST BANK, NATIONAL ASSOCIATION

On October 27, 2014, the debtor(s) filed a motion to value the claim of One West Bank, National Association (the "creditor") secured by a lien against the property commonly known as 801 N Rainbow Dr., Glenwood, IL 60425 (address) with real estate tax pin number 32-04-102-045-0000 (the "property"). The creditor has not responded to the motion.

IT IS HEREBY ORDERED that the relief requested in the motion in favor of the debtor(s) and against the creditor is granted as follows:

1. For purposes of the Chapter 13 plan only, any claims asserted by the creditor stemming from its second mortgage lien against the property are entirely unsecured pursuant to 11 U.S.C. § 506(a) given the value of the property and the amount of senior liens.

2. Any timely filed proof of claim of the creditor for the second mortgage lien will be treated as an unsecured claim in the Chapter 13 plan.

3. Upon completion of the Chapter 13 plan and entry of a discharge, the creditor's lien will be deemed satisfied pursuant 11 U.S.C. §§ 1322(b)(2), 1327 and 1328(a)

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: November 05, 2014

**Prepared by:**

Orlando Velazquez #6210326
Ledford and Wu
200 S Michigan Ave., Ste 209
Chicago, IL 60604
312-294-4405